UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MICHELE GRAY,

                                 Plaintiff,        1:20-CV-713
                                                          (DNH/DJS)

   -v-

POLAND SPRING WATER,

                                 Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

MICHELE GRAY
Plaintiff pro se
165A Vandenburgh Place
Troy, NY 12180

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Michele Gray purported to commence this action on June 29, 2020.  On July 31, 2020, the Honorable Daniel J. Stewart, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed with leave to replead.  No objections to the Report-Recommendation have been filed.  However, before the issuance of a Decision and Order ruling on the Report-Recommendation, plaintiff filed an amended complaint.  ECF No. 12.

      Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  *See* 28 U.S.C.

§ 636(b)(1).  Plaintiff's amended complaint will be forwarded to Magistrate Judge Stewart for further review.

Therefore, it is

ORDERED that

Plaintiff's amended complaint is referred back to Magistrate Judge Stewart for review.

IT IS SO ORDERED.

_____
United States District Judge

Dated:  August 27, 2020
        Utica, New York.